RECEIVED
SEP 22 2011
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

R.D.D. (XXX-XX-7908)                      CIVIL ACTION NO. 10-cv-1827

VERSUS                                     JUDGE STAGG

U.S. COMMISSIONER SOCIAL                   MAGISTRATE JUDGE HORNSBY
SECURITY ADMINISTRATION

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is affirmed and Plaintiff's complaint is dismissed with prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 21st day of September, 2011.

TOM STAGG
UNITED STATES DISTRICT JUDGE